# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**STEVEN AUDETTE**  **PETITIONER**
*Reg. #47584-074*

v.   CASE NO. 2:25-CV-00015-BSM

**CRAIG STALHOOD, Acting Warden**
**FCI - Forrest City, AR**  **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 12] is adopted, Steven Audette's petition for a writ of habeas corpus [Doc. No. 1] is denied and dismissed without prejudice, and his pending motions [Doc. Nos. 5, 8 & 11] are also denied and dismissed as moot.

IT IS SO ORDERED this 21st day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE