IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVEN AUDETTE**  **PETITIONER**
*Reg. #47584-074*

v.                         CASE NO. 2:25-CV-00015-BSM

**CRAIG STALHOOD, Acting Warden**
**FCI - Forrest City, AR**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of March, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE